UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROY SMITH and DOROTHY SMITH,

    Plaintiff,

v.                                        Case No. 5:10-cv-360-Oc-10TBS

JOHN ZACCO; JP & SONS DEVELOPMENT
CO., LLC; HARDWOOD TRAILS PROPERTY
OWNERS ASSOCIATION; PROPERTY
MANAGEMENT CONSULTANTS, INC.;
THOROUGHBRED HOMES, INC.; S.
WESLEY HERREN; and DEBORAH HERREN,

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiffs' Unopposed Motion for Leave to File Motion to Enforce Mediation Agreement Under Seal. (Doc. 102). Pursuant to M.D. FLA. R. 3.01(g), counsel for Plaintiffs represents that "counsel for all Defendants" have been contacted and that none of them object to the requested relief. (Id. at 3). Upon due consideration, it is hereby ORDERED that:

    1.    Plaintiffs' motion is GRANTED.

    2.    Defendants are advised that any responses to the motion should be filed with the Court UNDER SEAL.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 6, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to All Counsel